### 7908.   FLOYD COUNTY *v.* OSWALT.

WADE, C. J. The motion for a new trial was based upon the general grounds only. There was evidence which, coupled with distinct admissions made in' the plea of the defendant, sufficiently supported the material allegations of the petition, and therefore the finding of the jury is' conclusive.

*Judgment affirmed. George and Luke, JJ., concur.*

DECIDED JUNE 14, 1917.

Action for damages; from city court of Floyd county—Judge Nunnally.   October 17, 1916.

*Eubanks & Mebane,* for plaintiff in error.

*McHenry & Porter,* contra.

### 8160.   FOWLER-FLEMISTER COAL COMPANY *v.* EVANS.

LUKE, J. 1. The court did not err in refusing to permit the defendant's witness to answer the following question: "That cupping or pulling apart was not the result of any negligence on your part;" the court stating that the witness could testify to the facts, but could not testify to his conclusion that his conduct was or was not negligent.

2. When the charge of the court is considered as a whole, the instructions complained of are not subject, to the criticisms urged in the motion for a new trial. The charge was full and fair.

3. The evidence authorized the verdict, which has the approval of the trial judge.

*Judgment affirmed. Wade, C. J., and George, J., concur.*

DECIDED JUNE 14, 1917.

Action on contract; from Baldwin superior court—Judge Park. November 15, 1916.

*D. S. Sanford, Allen & Pottle,* for plaintiff.

*Hines & Vinson,* for defendant.